DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| John S. Meacham, et al., ) | |
| ) | CASE NO. 5:09 CV 1053 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| The City of Akron Department of Planning ) | |
| and Urban Development, et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, the motion to dismiss of defendants City of Akron, and City of Akron Department of Planning and Urban Development, ECF 7, is GRANTED.

The defendants City of Akron and City Department of Planning and Urban Development are hereby dismissed from this case.

IT IS SO ORDERED.

| | |
|---|---|
| July 23, 2009 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |