DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| John S. Meacham, et al., | ) | CASE NO. 5:09 CV 1053 |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) | <u>JUDGMENT ENTRY</u> |
| v. | ) |  |
|  | ) |  |
| United States Department of Housing and Urban Development, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

For the reasons contained in the Memorandum Opinion filed contemporaneously with

this Judgement Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that

defendant's motion for judgment on the record (ECF 23) is GRANTED.  This case is closed.

Each party shall bear their own costs and attorney fees.


IT IS SO ORDERED.

September 29, 2010                          /s/ David D. Dowd, Jr.
Date                                                   David D. Dowd, Jr.
                                                        U.S. District Judge